UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTRAY THOMAS,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | No. 2:17-cv-2369-EFB P<br><br>ORDER |

Petitioner is a county inmate without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Because petitioner challenges proceedings in the Kern County Superior Court, petitioner should have commenced this action in the Fresno Division of the United States District Court for the Eastern District of California. *See* E.D. Cal., Local Rule 120(d). When a civil action has not been commenced in the proper division of a court, the court may transfer the action to the proper division. *See* E.D. Cal., Local Rule 120(f).

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno.

2. The Clerk of Court shall assign a new case number.

/////

/////

1    3. All future filings shall bear the new case number and shall be filed at:

2  
3  United States District Court  
   Eastern District of California  
4  2500 Tulare Street  
   Fresno, CA 93721

5  Dated: November 20, 2017.

6  _____  
7  EDMUND F. BRENNAN  
   UNITED STATES MAGISTRATE JUDGE

2